## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

R. CASPER ADAMSON, #290440,
     Plaintiff,

vs.                         Case No. 3:08cv179/MCR/EMT

CYNTHIA COURTNEY, et al.,
     Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 6, 2008.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Pursuant to 28 U.S.C. § 1915(g), this cause is **DISMISSED without prejudice** to Plaintiff's initiating a new cause of action accompanied by payment of the $350.00 filing fee in its entirety.

3.  All pending motions are **DENIED as moot**.

**DONE AND ORDERED** this 20th day of May, 2008.


              s/ *M. Casey Rodgers*
              **M. CASEY RODGERS**
              **UNITED STATES DISTRICT JUDGE**