FLN (Rev. 4/2004) Deficiency Order                                                                                         Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

R. CASPER ADAMSON

    vs                                                              Case No. 3:08cv179/MCR/EMT

CYNTHIA COURTNEY

## ORDER

Plaintiff's **NOTICE OF INJURY**, received by the clerk of the court on June 25, 2008, was referred to the undersigned with the following deficiency:

> The document is not in proper form. Plaintiff is advised that he should not address or present to the court in the form of a letter or the like any application requesting relief, citing authorities, or presenting arguments or new factual assertions. *See* N.D. Fla. Loc. R. 7.1(F)(1). Plaintiff should file a pleading or motion with a title. The title of the motion shall include a clear, concise and specific description of the motion and the filing party. The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b).

For this reason, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing

**DONE AND ORDERED** this 27th day of June 2008.

                                                /s/ *Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **UNITED STATES MAGISTRATE JUDGE**